IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 096P12 | State v. Lawrence Collins Johnson | 1. Def's NOA Based Upon a Constitutional Question (COA11-898) | 1. Dismissed *ex Mero Motu* |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 103A12 | Victoria Klotz Greco v. Penn National Security Insurance Company, et al. | Plt's Motion to Deem Brief Timely Filed | Allowed |
| 107P12 | State v. Michael Dorsey Needham | Def's PDR Under N.C.G.S. § 7A-31 (COA11-892) | Denied |
| 112P12 | The Estate of Akel Davis, by William Mills, Administrator; and Shamekia Davis, Individually v. Amy O. Groff, M.D. and Mid-Carolina Obstetrics & Gynecology, P.C. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-948; COA11-1024) | Denied |
| 114A12-2 | Neil Allran, et al. v. Wells Fargo, Robinson Bradshaw & Hinson, P.A., Louis A. Bledsoe, III, and Karl Doerr | Plts' Motion for Court to Initiate Disciplinary Measures | Denied |
| 117P12 | State v. James Swinson | Def's PDR Under N.C.G.S. § 7A-31 (COA11-557) | Denied |
| 119P12 | State v. David Wemyss | 1. Def's Motion for Temporary Stay (COA11-947) | 1. Allowed **03/19/12**; Dissolved the Stay **06/13/12** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. State's Motion to Dissolve Temporary Stay | 4. Dismissed as Moot |
| 121P12 | In the Matter of: K.M. | 1. Petitioner's (Mecklenburg County DSS) Motion for Temporary Stay (COA11-837) | 1. Allowed **03/22/12**; Dissolved the Stay **06/13/12** |
| | | 2. Petitioner's (Mecklenburg County DSS) Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Petitioner's (Mecklenburg County DSS) PDR Under N.C.G.S. § 7A-31 | 3. Denied |